No. 11–903. TESSERA, INC. *v.* INTERNATIONAL TRADE COMMISSION ET AL. C. A. Fed. Cir. Motion of ANP respondents for leave to file brief in opposition under seal with redacted copies for the public record granted. Motion of petitioner for leave to file reply brief under seal with redacted copies for the public record granted. Certiorari denied.

No. 11–8948. CRIM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–9982. NOWELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10046. FLECK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10063. JEAN-PIERRE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–10081. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.